# EXHIBIT G



**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

Vincent R. White
District Court Judge
DATE OF ORDER ON ATTACHMENT

EFILED Document
CO Douglas County District Court 18th JD
Filing Date: Jan 09 2013 08:30AM MST
Filing ID: 48822216
Review Clerk: N/A

| DISTRICT COURT, DOUGLAS COUNTY, STATE OF COLORADO<br>4000 Justice Way, Suite 2009<br>Castle Rock, Colorado 80109<br>303-663-7200 | |
|---|---|
| **Plaintiff:**<br>LEHMAN BROTHERS HOLDINGS INC.<br><br>v.<br><br>**Defendant:**<br>MORTGAGE CAPITAL ASSOCIATES, INC. | ▲ COURT USE ONLY ▲ |
| | Case Number: 2012CV2688<br><br>Division: 5 |

### ORDER GRANTING DEFENDANT MORTGAGE CAPITAL ASSOCIATES, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

This matter comes before the Court on Defendant Mortgage Capital Associates, Inc.'s ("Mortgage Capital") Unopposed Motion for Extension of Time to Respond to Plaintiff Lehman Brothers Holdings Inc.'s Complaint.

The Court finds the same is well-taken and GRANTED. It is therefore ORDERED that Mortgage Capital shall have up to and including January 24, 2013, to file its responsive pleading.

Dated this ___ day of January, 2013.

**BY THE COURT:**

_____
District Court Judge

DOCS-#3814125-v1

**This document constitutes a ruling of the court and should be treated as such.**

|  |  |
|---|---|
| **Court:** | CO Douglas County District Court 18th JD |
| **Judge:** | Vincent R White |
| **File & Serve Transaction ID:** | 48784956 |
| **Current Date:** | Jan 09, 2013 |
| **Case Number:** | 2012CV2688 |
| **Case Name:** | LEHMAN BROTHERS HOLDINGS INC vs. MORTGAGE CAPITAL ASSOCIATES INC |
| **Court Authorizer:** | White, Vincent R |

/s/ Judge White, Vincent R