IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.   13-cv-00122-LTB

LEHMAN BROTHERS HOLDINGS, INC., a Delaware Corporation,

 Plaintiff,
v.

MORTGAGE CAPITAL ASSOCIATES, INC., a California Corporation,

 Defendant.

_____

## ORDER
_____

 THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice Pursuant to FRCP 41(a)(1)(A)(ii) (Doc 14 - filed September 9, 2013), and the Court being fully advised in the premises, it is therefore

 ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

         s/Lewis T. Babcock
        LEWIS T. BABCOCK, JUDGE

DATED: September 10, 2013